Eva Nathan et al., Appellants, *v.* Stratford Holding Corporation et al., Respondents.

Submitted May 20, 1946; decided May 29, 1946.

*Jerome A. Strauss* for motion.

*Robert Moers* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the papers were not filed within the time fixed by subdivision 3 of section 592 of the Civil Practice Act.